# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.**  II    **Investigating Agency** ATF

**City** Revere    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  24-8307-PGL
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Lucas FERREIRA-DA SILVA    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) _____

Birth date (Yr only): ___  SSN (last4#): ___  Sex ___  Race: ___  Nationality: ___

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Michael Crowley    Bar Number if applicable _____

**Interpreter:** ☑ Yes  ☐ No    List language and/or dialect: Portuguese

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  11/07/2024    Signature of AUSA:  /s/ Michael Crowley

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Lucas FERREIRA-DA SILVA

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(a)(1)(A) | Engaging in the business of dealing in firearms without a license | I |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____